UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                              Case No. 13-11245
                              HON. TERRENCE G. BERG

RONALD DAVIS, and DIANE DAVIS,

    Defendants.
_____/

**ORDER STAYING EXECUTION OF JUDGMENT PENDING RESOLUTION OF DEFENDANT'S OBJECTION TO ORDER OF SALE (DKT. 42)**

On April 29, 2015, the Court entered an order of sale for real property located at 6735 Meadowlake Road, Bloomfield Hills, Michigan to satisfy Defendant Ronald Davis's obligation to pay his federal tax liabilities under 26 U.S.C. §§ 7402(a) and 7403(b). (Dkt. 42.) On April 30, 2015, Defendant Diane Davis filed an objection to the order of sale alleging that a forced sale by auction falls short of the requirement of "just compensation" under 26 U.S.C. § 7403.

Defendant's objection, if granted, would clearly require amendment of the order of sale. Consequently, in order to preserve the status quo pending the Court's ruling on this objection after considering the government's response, it is necessary and appropriate to stay the execution of the order of sale.

Wherefore, **IT IS HEREBY ORDERED**, that the Order for Sale of Real Property entered on April 29, 2015 is **STAYED**, and any action to enforce such

order shall cease, pending the Court's ruling on Defendant's objection. Plaintiff shall respond to Defendant's objection within 14 days of the date of this Order.

**SO ORDERED.**


Dated: May 11, 2015  s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

### Certificate of Service

I hereby certify that this Order was electronically submitted on May 11, 2015, using the CM/ECF system, which will send notification to all parties.

s/A. Chubb
Case Manager